August 22, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WILBURT DWAINE CASH, Appellant

NO. 14-12-00715-CR                        V.
NO. 14-12-00716-CR
NO. 14-12-00720-CR

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgments. The Court orders the judgments **AFFIRMED**.

We further order this decision certified below for observance.